C-13-15(a)
(Rev. 5/97)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
) Motion and Order
) Chapter 13
BALDWIN, BELINDA GRAY )
) No: B- 03-11107    C-13G
)
Debtor(s) )

FILED DEC 0 4 2003 U.S. Bankruptcy Court Greensboro, NC  MS

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This plan was confirmed July 17, 2003, and the bar date for filing claims expired July 28, 2003. On November 19, 2003, a claim was filed on behalf of Piedmont Building Inspection Services as secured in the amount of $2,753.08 as of April 5, 2003. The claim indicates a Deed of Trust recorded against the Debtor's real property August 23, 2002. The Trustee recommends that an Order be entered allowing the late filed claim as a secured claim to be paid in full in monthly installments of $60.00 increasing to $100.00 per month with interest at the contract rate from April 5, 2003, forward until paid.

Date: December 1, 2003
AJKT: ss

_____
Anita Jo Kinlaw Troxler, Standing Trustee

---

PARTIES IN INTEREST:

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BELINDA GRAY BALDWIN
406 RAUHUT STREET
BURLINGTON NC 27217

STEVEN H MESSICK ESQ
PO BOX 2439
BURLINGTON NC 27216-2439

PIEDMONT BLDG INSPECTION SVCS
2261 CAROLINA RD
BURLINGTON NC  27217

MOSS CODILIS STAWIARSKI ET AL
6560 GREENWOOD PLAZA BLVD STE 550
ENGLEWOOD CO  80111-7100

ALICE WHITTEN ESQ
4000 EMBARCADERO
ARLINGTON TX  76014

GRADY I INGLE ESQ
8520 CLIFF CAMERON DR STE 300
CHARLOTTE NC  28269

R NELSON RICHARDSON ESQ
PO BOX 394
GRAHAM NC  27253

---

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the 'ENTERED' date of this order; however, if within said first thirty (30) days written objections are filed with this Court and copies served upon the parties in interest named above, the effective date of this order will be pursuant to further orders of the Court at the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the 27th day of January 2004 , at 2:00 p.m., in the Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401; and it is further

ORDERED that the Clerk mail a copy of this motion and order to each of the parties in interest.

Date: _____    _____
                                          U.S. Bankruptcy Judge
(30)

| | | |
|---|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27402-1720 | /////TR RTN | MOSS CODILIS STAWIARSKI ET AL<br>6560 GREENWOOD PLAZA BLVD STE 550<br>ENGLEWOOD CO 80111-7100 |
| BELINDA GRAY BALDWIN<br>406 RAUHUT STREET<br>BURLINGTON NC 27217 | /////DB | ALICE WHITTEN ESQ<br>4000 EMBARCADERO<br>ARLINGTON TX 76014 |
| STEVEN H MESSICK ESQ<br>PO BOX 2439<br>BURLINGTON NC 27216-2439 | /////ATY | GRADY I INGLE ESQ<br>8520 CLIFF CAMERON DR STE 300<br>CHARLOTTE NC 28269 |
| PIEDMONT BLDG INSPECTION SVCS<br>2261 CAROLINA RD<br>BURLINGTON NC 27217 | | R NELSON RICHARDSON ESQ<br>PO BOX 394<br>GRAHAM NC 27253 |