| C-13-15(a) | | |
|---|---|---|
| (Rev. 5/97) | UNITED STATES BANKRUPTCY COURT | |
| | MIDDLE DISTRICT OF NORTH CAROLINA | |

In Re: ) Motion and Order
)  Chapter 13
BALDWIN, BELINDA GRAY )
) No: 03-11107  C-13G
)
Debtor(s) )

FILED JUL 0 7 2004 U.S. Bankruptcy Court Greensboro, NC KC

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This plan was confirmed July 17, 2003. On June 25, 2004, the Alamance County Tax Collector filed a claim for 2003 real property taxes in the amount of $452.32. The Trustee recommends that an Order be entered allowing the claim as a secured claim to be paid in full in monthly installments of $25.00 with interest at 6% per annum.

Date: July 6, 2004
AJKT: ss

_____
Anita Jo Kinlaw Troxler, Standing Trustee

---

### PARTIES IN INTEREST:

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BELINDA GRAY BALDWIN
406 RAUHUT STREET
BURLINGTON NC 27217

STEVEN H MESSICK ESQ
PO BOX 2439
BURLINGTON NC 27216-2439

MOSS CODILIS STAWIARSKI ET AL
6560 GREENWOOD PLAZA BLVD STE 550
ENGLEWOOD CO 80111-7100

ALICE WHITTEN ESQ
4000 EMBARCADERO
ARLINGTON TX 76014

GRADY I INGLE ESQ
8520 CLIFF CAMERON DR STE 300
CHARLOTTE NC 28269

R NELSON RICHARDSON ESQ
PO BOX 394
GRAHAM NC 27253

---

### ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the 'ENTERED' date of this order; however, if within said first thirty (30) days written objections are filed with this Court and copies served upon the parties in interest named above, the effective date of this order will be pursuant to further orders of the Court at the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the 17th day of August 2004, at 2:00 p.m., in the Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401; and it is further

ORDERED that the Clerk mail a copy of this motion and order to each of the parties in interest.

Date: _____

_____
U.S. Bankruptcy Judge

(30)

## PARTIES TO BE SERVED
Page 1 of 1
03-11107

| | | |
|---|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27402-1720 | ////TR RTN | MOSS CODILIS STAWIARSKI ET AL<br>6560 GREENWOOD PLAZA BLVD STE 550<br>ENGLEWOOD CO 80111-7100 |
| BELINDA GRAY BALDWIN<br>406 RAUHUT STREET<br>BURLINGTON NC 27217 | ////DB | ALICE WHITTEN ESQ<br>4000 EMBARCADERO<br>ARLINGTON TX 76014 |
| STEVEN H MESSICK ESQ<br>PO BOX 2439<br>BURLINGTON NC 27216-2439 | ////ATY | GRADY I INGLE ESQ<br>8520 CLIFF CAMERON DR STE 300<br>CHARLOTTE NC 28269 |
| | | R NELSON RICHARDSON ESQ<br>PO BOX 394<br>GRAHAM NC 27253 |