**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Order** |
| | ) | **Chapter 13** |
| BALDWIN, BELINDA GRAY | ) | |
| | ) | No: 03-11107    C-13G |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This plan was confirmed July 17, 2003. On April 6, 2005, the Alamance County Tax Collector filed a claim for 2004 real property taxes in the amount of $432.48. The Trustee recommends that an Order be entered allowing the claim as an amendment to the previously allowed secured tax claim of the Alamance County Tax Collector with payment on the secured tax claim to be at the rate of $25.00 per month, increasing to $40.00 per month in September 2005. The Trustee further recommends that an Order be entered modifying the Debtor's plan with plan payment to increase to $985.00 per month effective June 2005 forward in order to deal with plan debt.

Date: April 13, 2005                                                                                         s/Anita Jo Kinlaw Troxler
AJKT: ss                                                                                                                Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the date of this Order; however, if within thirty (30) days after the date of this Order written objections are filed with this Court and copies served upon the parties named on the attached Parties to be Served list, the effective date of this Order will be pursuant to further Order of the Court after the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the 28th day of June 2005 , at 2:00 p.m., in the Courtroom #**1,** Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401; and it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties in interest.

PARTIES TO BE SERVED
PAGE 1 OF 1
03-11107 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BELINDA GRAY BALDWIN
406 RAUHUT ST
BURLINGTON NC  27217

STEVEN H MESSICK ESQ
PO BOX 2439
BURLINGTON NC  27216-2439

ALAMANCE COUNTY TAX
124 W ELM ST
GRAHAM NC  27253

MOSS CODILIS STAWIARSKI ET AL
6560 GREENWOOD PLAZA BLVD STE 550
ENGLEWOOD CO  80111-7100

ALICE WHITTEN ESQ
4000 EMBARCADERO
ARLINGTON TX  76014

GRADY I INGLE ESQ
8520 CLIFF CAMERON DR STE 300
CHARLOTTE NC  28269

R NELSON RICHARDSON ESQ
PO BOX 394
GRAHAM NC  27253